[No. 9,507.  Department Two. — May 31, 1884.]

## JOHN HEINLEN, RESPONDENT, *v.* SOUTHERN PA-CIFIC RAILROAD CO., APPELLANT.

DISMISSAL OF APPEAL — FILING TRANSCRIPT. — Where the transcript on appeal is filed after a motion is made to dismiss, and no reason appears why it was not filed before, the appeal will be dismissed.

MOTION to dismiss appeal. The facts are stated in the opinion of the court.

*Bennett & Wigginton,* for Appellant.

*G. A. Heinlen,* and *Atwell & Bradley,* for Respondent.

The COURT. — The notice of appeal was given September 9, 1882. On the 1st of April, 1884, the plaintiff (respondent) moved that the appeal be dismissed, on the ground that no transcript had been filed in this court. Time was given to appellant to file affidavits showing why the transcript had not been filed. The time given having expired, and no affidavits having been filed, it is ordered that the appeal be dismissed. A transcript was filed after the motion was made, but no reason appears why it was not filed before. Appeal dismissed.